Eli Dalton-Webb
5009 E. Ironwood Circle
Sierra Vista, Arizona 85650
email: dw4az@proton.me
*Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Eli Dalton-Webb, | Case No. |
| --- | --- |
| Plaintiff | CV-25-00553-TUC-SHR |
| v. | Assigned to: |
| CITY OF SIERRA VISTA, a municipal corporation in Arizona, OFFICER E. SLUSSER, OFFICER R. Hertman, OFFICER S. McHuntting, OFFICER W. PARTIDGE, in both their personal and official capacities as peace officers of the Sierra Vista Police Department, | RE: APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS |
| Defendants | |

1. LRCiv 3.3(a)(1) A statement as to current employment including the amount of wages or salary per month and the name and address of the current employer:

   Plaintiff is currently not employed.

2. LRCiv 3.3(a)(2) A statement, if not currently employed, as to the date of last employment and the amount of wages or salary per month which was received:

Plaintiff was last employed[1] on 19 September 2023 at $16 per-hour doing day labor, working not more than 40 hours per week.

3. LRCiv 3.3(a)(3) A statement as to any money received within the past twelve months from any of the sources from LRCiv 3.3(a)(3) (A)-(E):

Eli Dalton-Webb is a sole member of "Dalton-Webb, LLC". Eli Dalton-Webb has received a total of $3,822.98 between the dates of 4 August 2024 and 4 August 2025. Some of this was reimbursing his natural person for LLC expenses.

Eli Dalton-Webb received a total of $5,061.97 from family between the dates of 4 August 2024 and 4 August 2025. Much of this was not actually money pocketed, as much of it was mere reimbursement for running family errands in which the money was spent on the errand.

Eli Dalton-Webb has not received any money from rent, interest, dividends, pensions, annuities, or life insurance payments.

Eli Dalton-Webb has no other source of money received.

4. LRCiv 3.3(a)(4) A statement as to any cash in possession and as to any money in a financial institution, including checking, savings, and any other accounts. The statement shall include any money available to the declarant:

---

[1] Common understanding of the word. "employed" is not defined by LRCiv 3.3(a)(2). Plaintiff reserves the right to assert that he was not an employee within the meaning of Title 26 of the United States Code. Further he reserves the right to challenge the tax authority and tax jurisdiction of the United States, United States of America, State of Arizona, and/or other entities and/or persons over him. This shall not be construed as any admission, agreement, or confession for tax purposes.

Eli Dalton-Webb has $289.24 in available cash. However, the cash he has is from federal student Pell Grant because he going to college. He lives 80.7 miles one-way from the college campus and this money is the gas money he is depending on to get to and from college. If he does not keep up with his school work, he will owe the entire Pell Grant back. He currently does not have income.

5. LRCiv 3.3(a)(5) A statement as to any real estate, stocks, bonds, notes, automobiles, investments, or other valuable property (excluding ordinary household furnishings and clothing). The statement shall describe the property and state its approximate value:

Eli Dalton-Webb does not have any real estate, bonds, notes, investments, or other valuable property.

Eli Dalton-Webb has a loan on a 2002 Honda CR-V 2002 with over 100,000 miles on it. Eli Dalton-Webb approximates a $1,300 value of the vehicle.

5. LRCiv 3.3(a)(6) A statement as to all persons who depend upon the declarant for support. The statement shall include the relationship of the dependents and the amount contributed toward their support.

No person depends on Eli Dalton-Webb for financial support.

6. LRCiv 3.3(a)(6) A statement that, because of poverty, there is an inability to pay the costs of the proceeding or given security therefore, and the declarant's belief that the declarant is entitled to relief.

Because of poverty, Eli Dalton-Webb is unable to pay the costs of the proceeding or give security therefore, and it is the belief of Eli Dalton-Webb that Eli Dalton-Webb is entitled to relief.

**Declaration:**

I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Submitted respectfully this day, 3 October 2025,

/s/Eli Dalton-Webb

Eli Dalton-Webb, *Plaintiff*